## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

SEAN P. ESTY,
      Petitioner,

vs.                        Case No: 3:04cv363/MCR/EMT

JAMES R. McDONOUGH,
      Respondent.
_____/

## O R D E R

This cause is before the court on Petitioner's notice of appeal, construed as a motion for certificate of appealability (Docs. 33, 34).  Unless a certificate of appealability is issued, Petitioner may not take an appeal from the final order denying § 2254 relief.  *See* 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b)(1).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

After review of the file, the court concludes that because Petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in the court's May 1, 2007 order (Doc. 31) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on December 4, 2006 (Doc. 27), a certificate of appealability shall be denied.

Accordingly, it is **ORDERED**:

Petitioner's notice of appeal, construed as a motion for certificate of appealability (Docs. 33, 34), are **DENIED**, and no certificate shall issue.

**DONE AND ORDERED** this 30th day of May 2007.

*s/ M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**